# EXHIBIT A-1



**FIG. 1**

Next, up is the sign-up screen if you don't have a Pokémon account, create one or else you have options to sign up via your Google account. With the help of GPS, the game opens up the Google Maps-Esque layout in which your character will be visible along with the nearby locations representing the PokéStops and Gyms. Source: Wikipedia (Date Accessed: 10/07/2016)

**FIG. 2**

"After you've collected items from a PokéStop, the icon's color will change to purple, and you will not be able to collect items from it again until it refreshes to blue, which takes about five minutes." Source: IGN (Date Accessed: 10/12/2016)

**FIG. 3**



**FIG. 4**



**FIG. 5**

– This app is free-to-play and offers in-game purchases. It is optimized for smartphones, not tablets.
– It is recommended to play while connected to a network in order to obtain accurate location information.
– Compatibility is not guaranteed for devices without GPS capabilities or devices that are connected only to Wi-Fi networks
– Compatibility information may be changed at any time.
– Information current as of December 21, 2016
– Compatible with iPhone® 5/5c/5s/SE/6/6s/6 Plus/6s Plus devices with iOS Version 8 – 9 installed
– Not compatible with 5th generation iPod Touch devices or iPhone 4S or earlier iPhone devices.
– Please visit www.PokemonGO.com for additional compatibility information.
– Compatibility with tablet devices is not guaranteed.
– Compatibility is not guaranteed for all devices.
– Continued use of GPS running in the background can dramatically reduce battery life.
– If you use Pokémon GO with your Apple Watch, with your consent we use the Apple HealthKit APIs to read and/or write certain data (such as Step Count, Calories Burned, and Distance Walked) to the Health App Database on your device (the "Health App Data").

**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



**FIG. 10**